UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NATHANIEL JENKINS,

      Plaintiff,                                  Case No. 1:21-cv-394

v.                                             Honorable Paul L. Maloney

DAVIDS et al.,

      Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: July 15, 2021                               /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge